92 F.3d 126
 Marjorie ZICHERMAN, individually and as executrix under the
estate of Muriel A.M.S. Kole; Muriel Mahalek,
mother and next of kin of Muriel A.M.S.
Kole,Plaintiff-Appellees/Cross-Appellants,
Michael Kole, Plaintiff,
v.
KOREAN AIR LINES CO., LTD., Defendant-Appellant/Cross-Appellee.
 Nos. 93-7490, 93-7546.
 United States Court of Appeals,
Second Circuit.
 Aug. 14, 1996.
 
 Before: LUMBARD, VAN GRAAFEILAND and WINTER, Circuit Judges.
 
 
 1
 Prior report: 116 S.Ct. 629.
 
 ORDER
 
 2
 ORDERED that this matter be remanded to the District Court to determine whether decedent's sister was dependent upon decedent and entitled to loss of support and inheritance damages.